# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RPM SERVICES & RENTALS, L.L.C.

NO. 2016 CW 1133

VERSUS

FEB 1 8 2020

MC ELECTRIC LLC AND UNITED BULK TERMINALS DAVANT, LLC

---

In Re: United Bulk Terminals Davant, LLC, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 176544.

---

**BEFORE: WHIPPLE, C.J., GUIDRY AND McCLENDON, JJ.**

**WRIT DISMISSED.** This writ application is dismissed pursuant to relator's motion advising that the matter has been amicably resolved and the writ is moot and requesting that this writ application be dismissed.

**VGW**
**JMG**
**PMc**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT